### In re EMERSON, MARLOW & CO.

### CONTINENTAL & COMMERCIAL TRUST & SAVINGS BANK v. CHICAGO TITLE & TRUST CO.

#### (Circuit Court of Appeals, Seventh Circuit.   April 23, 1912.)

#### No. 1,823.

Appeal from the District Court of the United States for the Eastern Division of the Northern District of Illinois.

In the matter of Emerson, Marlow & Co., bankrupts. From an order of the District Court, the Continental & Commercial Trust & Savings Bank, as trustee of the estate of Edwin L. McAdam, bankrupt, appeals. Affirmed.

Elmer H. Adams, Dwight S. Bobb, Asa G. Adams, Abram E. Mabie, and John A. Irrmann, for appellant.

Samuel Alschuler, Percy V. Castle, Arista B. Williams, Jesse R. Long, and Howard P. Castle, for appellee.

Before KOHLSAAT and MACK, Circuit Judges, and SANBORN, District Judge.

KOHLSAAT, Circuit Judge. This case and case No. 1,822, decided herewith (199 Fed. 95), are companion cases, based upon substantially the same statement of facts and involving the same principles of law.

The judgment of the District Court herein is therefore affirmed for the reasons set out in the opinion filed in that case.